IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　　　Plaintiff,<br>　　v.<br>Miguel Angel Kelly-Ramirez,<br>　　　　　　　Defendant. | No. 15-1643 MJ<br><br>**ORDER** |

The Court, having reviewed the United States' Motion to Dismiss Complaint Without Prejudice against Miguel Angel Kelly-Ramirez (Doc. 13), and good cause appearing;

**IT IS ORDERED** granting the United States' motion. The Complaint is dismissed without prejudice as to this case only.

**IT IS FURTHER ORDERED** directing the United States Marshal to release the Defendant from custody in this action ONLY.

Dated this 19th day of October, 2015.

_Michelle H. Burns_
Michelle H. Burns
United States Magistrate Judge